BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
980 9th Street, Suite 380
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile:  (916) 442-9003

Attorneys for Chapter 7 Trustee
Geoffrey Richards

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:

ANDREW JOHN COLEMAN,

          Debtor.

CASE NO. 16-21924-B-7

D.C. NO. BHS-4

**MOTION FOR SALE OF ESTATE'S INTEREST IN REAL PROPERTY AND AUTHORITY TO PAY REAL ESTATE BROKER'S COMMISSION**

DATE: March 28, 2017
TIME: 9:30 a.m.
DEPT: B; COURTROOM 32
Hon. Christopher D. Jaime

    Geoffrey Richards, duly appointed Chapter 7 Trustee (hereafter the "Trustee") in the above-captioned matter, through his counsel, Barry H. Spitzer, moves this Court for authority to sell the estate's interest in the real property commonly known as: 553 Wigeon Way, Suisun City, California 94585 ("Subject Property") pursuant to the provisions of 11 U.S.C. section 363(b) of the Bankruptcy Code with existing liens and property taxes, if any, being paid by the estate through escrow for $340,000.00 "as-is" and "where-is" with no warranties or guarantees. The Subject Property is a single-family residence. In support of his Motion, the Trustee states the following:

    1.    This case was commenced on March 28, 2016 as a Chapter 13. The case was converted to a Chapter 7 case by Order of this Court on October 12, 2016 and the Trustee was appointed October 13, 2016.

2. The Trustee and the Debtor entered into a Stipulation, which was approved by this Court on January 4, 2017, to resolve a dispute over the Right Eye Brewing LLC value and exemption by allowing the Trustee to sell the Subject Property and applying the net proceeds from the sale of the Subject Property first to pay validly filed priority and unsecured claims, as well as Court-approved administrative expenses before applying the Debtor's homestead exemption to the net proceeds.

3. That the Trustee is aware a voluntary mortgage lien on the Subject Property in favor of Green Planet Mortgage, LLC, in the approximate amount of $202,322.00.

5. The Trustee wishes to sell the Subject Property "as-is" and "where-is" with no warranties or guarantees to Michela Rene Ward and Chad Stephen Ward (hereinafter "the Buyers") for $340,000.00. A copy of the Sales Agreement is Exhibit "A." The Buyer has placed a $5,000.00 deposit with the Trustee, which is non-refundable upon Court approval. The Trustee believes it is in the best interest of the estate to sell the Subject Property to the Buyers for $340,000.00.

6. The Trustee requests that the Court only approve overbids presented at the hearing that meet the following criteria:

(a) Overbidding shall start at $342,000.00, with the buyer agreeing to all terms and conditions in the Residential Purchase Agreement, a copy of which is Exhibit "A." The overbids shall be in minimum $2,000.00 increments.

(b) To qualify as a bidder, the bidder must bring to the Court a Cashier's Check or a certified check for $7,000.00. This Cashier's or certified check shall serve as a non-refundable deposit if the overbid is successful.

(c) The successful overbidder must deliver to the Trustee a Cashier's or certified check for the overbid amount within 48 hours of Court approval of the sale.

(d) Escrow to close within thirty (30) days of Court approval.

7. The Trustee seeks authority to execute any and all additional conveyances, assignments, schedules and other documents as may be necessary to consummate this sale. The Trustee seeks specific authority to pay the agreed closing costs. The Trustee

also seeks specific authority to pay the Court-approved Real Estate Broker, Thomas J. Rapisarda a commission of 5% of the total sales price through escrow. If the successful bidder has their own Realtor, the 5% commission will be split between Thomas J. Rapisarda and the Buyer's Realtor.

8. The Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

WHEREFORE, Geoffrey Richards respectfully requests that he be authorized to sell the real property commonly known as: 553 Wigeon Way, Suisun City, California 94585; "as-is" with payment to Green Planet Mortgage, LLC, in the approximate amount of $202,322.00 and any other existing liens and property taxes, if any, being paid by the estate through escrow, to Michela Rene Ward and Chad Stephen Ward for $340,000.00, pursuant to the Residential Income Property Purchase Agreement, a copy of which is Exhibit "A." The sale is being made pursuant to the provisions of section 363(b) of the Bankruptcy Code, with the estate paying the agreed closing costs; and that the Trustee be authorized to execute any and all additional conveyances, assignments, schedules and other documents as may be necessary to consummate this sale. The Trustee further seeks specific authority to pay the Court-approved Real Estate Broker, Thomas J. Rapisarda a commission of 5% of the total sales price through escrow. If the successful bidder has their own Realtor, the 5% commission will be split between Thomas J. Rapisarda and the Buyer's Realtor. The Trustee further seeks a waiver of the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

Respectfully submitted,

DATED: February 22, 2017

LAW OFFICE OF BARRY H. SPITZER

By: /s/ Barry Spitzer
BARRY H. SPITZER
Attorneys for Geoffrey Richards,
Chapter 7 Trustee